**TAMMY HUSSIN (155290)**
**WEISBERG & MEYERS, LLC**
**6455 Pyrus Pl.**
**Carlsbad, CA 92011**
**Telephone 760 676 4001 ext 215**
**Facsimile 866 565 1327**
**thussin@AttorneysForConsumers.com**
**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA
## SACRAMENTO DIVISION

| | |
|---|---|
| **LaJanee Smith**<br><br>Plaintiff,<br><br>vs.<br><br>**Universal Recovery Corporation**<br><br>Defendant. | CASE NO.: **2:08−CV−01968−LKK−KJM**<br><br>**REQUEST AND ORDER TO CONTINUE STATUS/SCHEDULING CONFERENCE AND TO APPEAR TELEPHONICALLY**<br><br>**Scheduled Time**: 11/03/08 at 3:30 p.m.<br><br>**Proposed Time**: 12/08/08 at 3:30 p.m. |

NOW COMES COUNSEL FOR THE PLAINTIFF, TAMMY HUSSIN, who respectfully requests that the status/scheduling conference set for November 3, 2008 be vacated and continued to December 8, 2008 at

Complaint - 1

PDF created with pdfFactory trial version www.pdffactory.com

3:30 p.m.  Counsel for Plaintiff has been unable to serve Defendant, and in addition will be out of the Country for most of the month of October and will be unable to comply with the Rule 26 requirements during that time.

Respectfully submitted this 26th day of September, 2008.

By: /s/Tammy Hussin
Tammy Hussin (155290)
WEISBERG & MEYERS, LLC
6455 Pyrus Pl.
Carlsbad, CA 92011
Telephone (760) 676 4001
Facsimile (866) 565 1327
thussin@AttorneysForConsumers.com
Attorney for Plaintiff

IT IS SO ORDERED on this 26th day of September, 2008, that the case management conference date is vacated and rescheduled to December 15, 2008 at 3:30 p.m., and that counsel for Plaintiff may appear telephonically at said conference.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Complaint - 2

PDF created with pdfFactory trial version www.pdffactory.com